ERNST BYSTROM, Respondent, *v.* HAROLD G. VILLARD,
Appellant, Impleaded with Another.

*Fraud — false representations upon sale of mining stock — action to recover amount invested.*

Bystrom v. *Villard,* 188 App. Div. 964, affirmed.

(Argued December 8, 1920; decided January 18, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff through the false and fraudulent representations of defendant, whereby plaintiff was induced to purchase certain mining stocks which were worthless.

*Chase Mellen* for appellant.

*Henry K. Heyman* and *Norbert Heinsheimer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.